NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
WALTER WILHELM LAW GROUP, a Professional Corporation, Riley C. Walter #91839, 205 E. River Park Circle, Suite 410
Fresno, CA 93720, Telephone: (559) 435-9800, E-mail: rileywalter@W2LG.com

RECEIVED AND FILED **DLS**
2018 NOV 13 PM 2 51
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>KINGMAN FARMS VENTURES, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor. | BK-18-10180<br><br>CHAPTER 11<br><br>VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT<br><br>**EFFECTIVE JANUARY 1, 2015<br>FILING FEE IS $250.00** |

Riley C. Walter, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Fresno, California.

2. That Petitioner is an attorney at law and a member of the law firm of Walter Wilhelm Law Group, with offices at 205 E. River Park Circle, Suite 410, Fresno, CA 93720.

3. That Petitioner has been retained personally or as a member of the law firm by

RECEIPT # 235117   $250.00

1 | Russell/Brunner to provide legal representation in connection
2 | with the above-entitled case now pending before this Court.

3 | 4. That since May 1980 , Petitioner has been and presently is a member in good
4 | standing of the bar of the highest Court of the State of California where Petitioner
5 | regularly practices law.

6 | 5. That Petitioner was admitted to practice before the following United States District Courts,
7 | United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8 | States on the dates indicated for each, and that Petitioner is presently a member in good standing of
said Courts.                                                Date Admitted
9 | Eastern District of California                              May 1980
10 | Northern District of California                             May 1993

14 | 6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any
15 | suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
administrative body, or any resignation or termination order to avoid disciplinary or disbarment
16 | proceedings, except as described in detail below:
17 | N/A

22 | 7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars
of any denied admission):
23 | N/A

2

8. That Petitioner is a member of good standing in the following Bar Associations: State Bar of California, Fresno County Bar Association

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 11/6/18

_____
Petitioner's Signature

3